UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------
UNITED STATES OF AMERICA,

                    Plaintiff,                    Case No: 26 MJ 507

          -against-                               **ORDER OF DISMISSAL**

Thomas Matuseski
                    Defendant.
----------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED,

_____
Hon. Kim P. Berg
United States Magistrate Judge

Dated: 8th day of May, 2026
Poughkeepsie, New York